FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 06, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>MARY ELLEN SMITH,<br><br>        Defendant. | No.   2:26-CR-00002-RLP<br><br>ORDER GRANTING PROTECTIVE ORDER |

BEFORE THE COURT is United States' Unopposed Motion for Protective Order, ECF No. 16. The Court has reviewed the record and finds good cause to grant the Motion.[1]

**ACCORDINGLY, IT IS HEREBY ORDERED**:

1. The Government's Motion for Protective Order, **ECF No. 16**, is **GRANTED** as set forth below.

2. The United States is authorized to disclose discovery including sensitive

---

[1] The Court has amended the proposed order to include a definition for "sensitive materials and personal identifiable information."

ORDER GRANTING PROTECTIVE ORDER - 1

1  materials and personal identifiable information (hereinafter "Discovery") in its possession
2  pursuant to the discovery obligations imposed by this Court.
3        a. "Sensitive materials and personal identifiable information" is defined to
4          include: social security numbers, driver's license and identification
5          information, taxpayer identification numbers, tax information and records,
6          dates of birth, addresses, phone numbers, and e-mail addresses.
7      3. Government personnel and counsel for Mary Ellen Smith ("Defendant"), shall
8  not provide, or make available, the sensitive information in the Discovery to any person
9  except as specified in the Order or by approval from this Court. Counsel for Defendant and
10 the Government shall restrict access to the Discovery, and shall only disclose the sensitive
11 information in the Discovery to their client, office staff, investigators, independent
12 paralegals, necessary third-party vendors, consultants, and/or anticipated fact or expert
13 witnesses to the extent that defense counsel believes is necessary to assist in the defense of
14 their client in this matter or that the Government believes is necessary in the investigation
15 and prosecution of this matter.
16     4. Third parties contracted by the United States or counsel for Defendant to
17 provide expert analysis or testimony may possess and inspect the sensitive information in
18 the Discovery, but only as necessary to perform their case-related duties or responsibilities
19 in this matter. At all times, third parties shall be subject to the terms of the Order.
20     5. Discovery in this matter will be available to defense counsel via access to a

1  case file on USA File Exchange. Counsel for Defense may download Discovery from USA
2  File Exchange and shall exercise reasonable care in ensuring the security and
3  confidentiality of the Discovery by electronically storing the Discovery on a password-
4  protected or encrypted storage medium, including a password-protected computer, or
5  device. If Discovery is printed, Counsel must also exercise reasonable care in ensuring the
6  security and confidentiality of the Discovery by storing copies in a secure place, such as a
7  locked office, or otherwise secure facility where visitors are not left unescorted.

8  6. All counsel of record in this matter, including counsel for the United States,
9  shall ensure that any party, including the Defendant, that obtains access to the Discovery is
10 advised of this Order and that all information must be held in strict confidence and that the
11 recipient may not further disclose or disseminate the information. Any other party that
12 obtains access to, or possession of, the Discovery containing discovery information once
13 the other party no longer requires access to or possession of such Discovery shall promptly
14 destroy or return the Discovery once access to Discovery is no longer necessary. No other
15 party that obtains access to or possession of the Discovery containing sensitive information
16 shall retain such access to or possession of the Discovery containing sensitive information
17 unless authorized by this Order, nor further disseminate such Discovery expect as
18 authorized by this Order or the further Order of this court. For purposes of this Order,
19 "other party" is any person other than appointed counsel for the United States or counsel
20 for Defendant.

ORDER GRANTING PROTECTIVE ORDER - 3

7. All counsel of record, including counsel for the United States, shall keep a list of the identity of each person to whom the Discovery containing sensitive information is disclosed. Neither counsel for Defendant nor counsel for the United States shall be required to disclose this list of persons unless ordered to do so by the Court.

8. Upon entry of a final order of the Court in this matter and conclusion of any direct appeals, government personnel and counsel for Defendant shall retrieve and destroy all copies of the Discovery containing sensitive information, except that counsel and government personnel may maintain copies in their closed files following their customary procedures.

9. Government personnel and counsel for Defendant shall promptly report to the Court any known violations of this Order.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to enter this Order and furnish copies to counsel.

**DATED** February 6, 2026.

_____
REBECCA L. PENNELL
DISTRICT COURT JUDGE

ORDER GRANTING PROTECTIVE ORDER - 4